# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: APD ENVIRONMENTAL, INC. | § | Case No. 15-11447-DRC |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 31, 2015. The undersigned trustee was appointed on March 31, 2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $        61,557.91

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 274.82 |
   | Bank service fees | 826.30 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]     $ | 60,456.79 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 08/07/2015 and the deadline for filing governmental claims was 09/28/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,327.90. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,327.90, for a total compensation of $6,327.90.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $24.06, for total expenses of $24.06.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/27/2016     By: /s/David R. Brown
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-11447-DRC  
**Case Name:** APD ENVIRONMENTAL, INC.  

**Trustee:** (330580) David R. Brown  
**Filed (f) or Converted (c):** 03/31/15 (f)  
**§341(a) Meeting Date:** 05/05/15  

**Period Ending:** 05/27/16  
**Claims Bar Date:** 08/07/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account No. -1386 Chase Bank Oak Brook, | 44,396.57 | 44,444.87 | | 44,444.87 | FA |
| 2 | Checking Account No. -1064 Chase Bank Oak Brook, | 120.30 | 0.00 | | 0.00 | FA |
| 3 | Checking Account No. -0975 Chase Bank Oak Brook, | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Various Accounts Receivable Value is approximate | 10,000.00 | 4,968.00 | | 4,968.00 | FA |
| 5 | 2001 Ford F-150 Pickup Truck | 3,000.00 | 0.00 | | 0.00 | FA |
| 6 | 2 desks, file cabinet, computer | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Various Environment Clean-up Supplies and equipm | 5,000.00 | 0.00 | | 0.00 | FA |
| 8 | INTERESTS IN INSURANCE POLICIES  (u) | Unknown | 12,145.04 | | 12,145.04 | FA |
| 8 | **Assets** Totals (Excluding unknown values) | **$63,016.87** | **$61,557.91** | | **$61,557.91** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee's accountant needs to prepare and file the estate tax returns and after the prompt determination letter received, the Final report will be filed.

**Initial Projected Date Of Final Report (TFR):**    March 15, 2016        **Current Projected Date Of Final Report (TFR):**    March 15, 2016

Printed: 05/27/2016 09:09 AM    V.13.26

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-11447-DRC  
**Case Name:** APD ENVIRONMENTAL, INC.  
**Taxpayer ID #:** **-***1809  
**Period Ending:** 05/27/16

**Trustee:** David R. Brown (330580)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8900 - Checking  
**Blanket Bond:** $77,173,558.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/12/15 | {8} | BankDirect Capital Finance | workers comp insurance premium refund | 1290-000 | 12,145.04 | | 12,145.04 |
| 06/22/15 | {4} | JC Anderson, Inc | account receivable | 1121-000 | 4,968.00 | | 17,113.04 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.40 | 17,102.64 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 25.41 | 17,077.23 |
| 08/03/15 | {1} | JP Morgan Chase Bank | bank account turnover | 1129-000 | 44,444.87 | | 61,522.10 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 77.01 | 61,445.09 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 94.27 | 61,350.82 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 88.24 | 61,262.58 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 85.17 | 61,177.41 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 96.80 | 61,080.61 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.70 | 60,995.91 |
| 02/15/16 | 102 | ADAMS-LEVINE | bond premium | 2300-000 | | 26.82 | 60,969.09 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.57 | 60,884.52 |
| 03/02/16 | 103 | Illinois Department of Revenue | 2015 Corporate Replacement tax | 2820-000 | | 248.00 | 60,636.52 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 95.79 | 60,540.73 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.94 | 60,456.79 |
| | | | **ACCOUNT TOTALS** | | **61,557.91** | **1,101.12** | **$60,456.79** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **61,557.91** | **1,101.12** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$61,557.91** | **$1,101.12** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******8900** | 61,557.91 | 1,101.12 | 60,456.79 |
| | **$61,557.91** | **$1,101.12** | **$60,456.79** |

{} Asset reference(s)

Printed: 05/27/2016 09:09 AM V.13.26

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** August 7, 2015

**Case Number:** 15-11447-DRC  
**Debtor Name:** APD ENVIRONMENTAL, INC.

Page: 1

**Date:** May 27, 2016  
**Time:** 09:09:14 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | David R. Brown<br>300 S. County Farm Rd., Ste I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $24.06 | $0.00 | 24.06 |
| 200 | Clerk, United States Bankruptcy Court<br>8th Floor, Federal Building<br>219 South Dearborn Street<br>Chicago, IL 60604 | Admin Ch. 7 | adversary filing fee | $150.00 | $0.00 | 150.00 |
| 200 | Alan D. Lasko & Associates, PC<br>205 West Randolph Street<br>Chicago, IL 60606 | Admin Ch. 7 | | $8,283.20 | $0.00 | 8,283.20 |
| 200 | Alan D. Lasko & Associates, P.C.<br>205 West Randoph Street<br>Chicago, IL 60601 | Admin Ch. 7 | | $67.32 | $0.00 | 67.32 |
| FEE 200 | David R. Brown<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Admin Ch. 7 | | $6,327.90 | $0.00 | 6,327.90 |
| 510 | IL Dept. of Revenue<br>Bankruptcy Section<br>Chicago, IL 60664--033 | Priority | [Employee IL Income Tax Distribution:<br>Claim 10 $127.49 Marcie DeLuca<br>Claim 11 $33.50 Sztym, Stacey L.<br>Claim 12 $57.77 Donoghue, Marie D.<br>Claim 17 $85.00 Redas Perlys<br>Claim 19 $64.79 Cristobal Vega<br>Claim 21 $70.20 Moises Meza<br>Claim 22 $79.80 Meza, David<br>Claim 23 $19.93 Pavlo Sovyak<br>Claim 25 $8.60 Miguel Argueta<br>Claim 8 $275.36 Andrew DeLuca<br>Claim 9 $143.91 Kimberly Strem<br>] | $966.35 | $0.00 | 966.35 |
| 510 | INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES STAFF<br>LITTLE ROCK, AR 72201 | Priority | [Employee Income Tax Distribution:<br>Claim 10 $679.92 Marcie DeLuca<br>Claim 11 $178.65 Sztym, Stacey L.<br>Claim 12 $308.12 Donoghue, Marie D.<br>Claim 17 $453.36 Redas Perlys<br>Claim 19 $345.57 Cristobal Vega<br>Claim 21 $374.40 Moises Meza<br>Claim 22 $425.60 Meza, David<br>Claim 23 $106.27 Pavlo Sovyak<br>Claim 25 $45.89 Miguel Argueta<br>Claim 8 $1468.56 Andrew DeLuca<br>Claim 9 $767.54 Kimberly Strem<br>] | $5,153.88 | $0.00 | 5,153.88 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** August 7, 2015

**Case Number:** 15-11447-DRC  
**Debtor Name:** APD ENVIRONMENTAL, INC.

Page: 2

**Date:** May 27, 2016  
**Time:** 09:09:14 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 510 | INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES STAFF<br>LITTLE ROCK, AR 72201 | Priority | [Employee Medicare Distribution:<br>Claim 10 $49.29 Marcie DeLuca<br>Claim 11 $12.95 Sztym, Stacey L.<br>Claim 12 $22.34 Donoghue, Marie D.<br>Claim 17 $32.87 Redas Perlys<br>Claim 19 $25.05 Cristobal Vega<br>Claim 21 $27.14 Moises Meza<br>Claim 22 $30.86 Meza, David<br>Claim 23 $7.70 Pavlo Sovyak<br>Claim 25 $3.33 Miguel Argueta<br>Claim 8 $106.47 Andrew DeLuca<br>Claim 9 $55.65 Kimberly Strem<br>] | $373.65 | $0.00 | 373.65 |
| 510 | INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES STAFF<br>LITTLE ROCK, AR 72201 | Priority | [Employee FICA Distribution:<br>Claim 10 $210.78 Marcie DeLuca<br>Claim 11 $55.38 Sztym, Stacey L.<br>Claim 12 $95.52 Donoghue, Marie D.<br>Claim 17 $140.54 Redas Perlys<br>Claim 19 $107.13 Cristobal Vega<br>Claim 21 $116.06 Moises Meza<br>Claim 22 $131.94 Meza, David<br>Claim 23 $32.94 Pavlo Sovyak<br>Claim 25 $14.23 Miguel Argueta<br>Claim 8 $455.25 Andrew DeLuca<br>Claim 9 $237.94 Kimberly Strem<br>] | $1,597.71 | $0.00 | 1,597.71 |
| 8<br>510 | Andrew DeLuca<br>17W531 Morningside Dr<br>Villa Park, IL 60181 | Priority | [Gross Wage $7342.80 Less Taxes = Net $5037.16 FICA $455.25 Income Tax $1468.56 Medicare $106.47 IL Income Tax $275.36]<br>amended claim originally entered by Clerk as new claim-#24-then changed to amend claim #8. | $5,037.16 | $0.00 | 5,037.16 |
| 9<br>510 | Kimberly Strem<br>1305 S. Villa Avenue<br>Villa Park, IL 60181 | Priority | [Gross Wage $3837.70 Less Taxes = Net $2632.66 FICA $237.94 Income Tax $767.54 Medicare $55.65 IL Income Tax $143.91] | $2,632.66 | $0.00 | 2,632.66 |
| 10<br>510 | Marcie DeLuca<br>433 S Illinois Ave.<br>Villa Park, IL 60181 | Priority | [Gross Wage $3399.61 Less Taxes = Net $2332.13 FICA $210.78 Income Tax $679.92 Medicare $49.29 IL Income Tax $127.49] | $2,332.13 | $0.00 | 2,332.13 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** August 7, 2015

**Case Number:** 15-11447-DRC  
**Debtor Name:** APD ENVIRONMENTAL, INC.

Page: 3

**Date:** May 27, 2016  
**Time:** 09:09:14 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 11<br>510 | Sztym, Stacey L.<br>25 W 220 Argyle Avenue<br>Roselle, IL 60172 | Priority | [Gross Wage $893.24 Less Taxes = Net $612.76 FICA $55.38 Income Tax $178.65 Medicare $12.95 IL Income Tax $33.50] | $612.76 | $0.00 | 612.76 |
| 12<br>510 | Donoghue, Marie D.<br>635 S Oakland Avenue<br>Villa Park, IL 60181 | Priority | [Gross Wage $1540.61 Less Taxes = Net $1056.86 FICA $95.52 Income Tax $308.12 Medicare $22.34 IL Income Tax $57.77] | $1,056.86 | $0.00 | 1,056.86 |
| 17<br>510 | Redas Perlys<br>4528 Beau Monde Dr. #202<br>Lisle, IL 60532 | Priority | [Gross Wage $2266.78 Less Taxes = Net $1555.01 FICA $140.54 Income Tax $453.36 Medicare $32.87 IL Income Tax $85.00] | $1,555.01 | $0.00 | 1,555.01 |
| 19<br>510 | Cristobal Vega<br>3515 W 73rd Street<br>Chicago, IL 60629 | Priority | [Gross Wage $1727.86 Less Taxes = Net $1185.32 FICA $107.13 Income Tax $345.57 Medicare $25.05 IL Income Tax $64.79] | $1,185.32 | $0.00 | 1,185.32 |
| 21<br>510 | Moises Meza<br>6149 S Spaulding Ave.<br>Chicago, IL 60629 | Priority | [Gross Wage $1872.00 Less Taxes = Net $1284.20 FICA $116.06 Income Tax $374.40 Medicare $27.14 IL Income Tax $70.20] | $1,284.20 | $0.00 | 1,284.20 |
| 22<br>510 | Meza, David<br>5140 S Mason<br>Chicago, IL 60638 | Priority | [Gross Wage $2128.00 Less Taxes = Net $1459.80 FICA $131.94 Income Tax $425.60 Medicare $30.86 IL Income Tax $79.80] | $1,459.80 | $0.00 | 1,459.80 |
| 23<br>510 | Pavlo Sovyak<br>8540 W. Foster Ave.<br>Unit 509<br>Norridge, IL 60706 | Priority | [Gross Wage $531.34 Less Taxes = Net $364.50 FICA $32.94 Income Tax $106.27 Medicare $7.70 IL Income Tax $19.93] | $364.50 | $0.00 | 364.50 |
| 25<br>510 | Miguel Argueta<br>3515 W. 73rd St<br>Chicago, IL 60629 | Priority | [Gross Wage $229.46 Less Taxes = Net $157.41 FICA $14.23 Income Tax $45.89 Medicare $3.33 IL Income Tax $8.60] | $157.41 | $0.00 | 157.41 |
| 570 | INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES STAFF<br>LITTLE ROCK, AR 72201 | Priority | [Employer FUTA Distribution:<br>Claim 10 $20.40 Marcie DeLuca<br>Claim 11 $5.36 Sztym, Stacey L.<br>Claim 12 $9.24 Donoghue, Marie D.<br>Claim 17 $13.60 Redas Perlys<br>Claim 19 $10.37 Cristobal Vega<br>Claim 21 $11.23 Moises Meza<br>Claim 22 $12.77 Meza, David<br>Claim 23 $3.19 Pavlo Sovyak<br>Claim 25 $1.38 Miguel Argueta<br>Claim 8 $42.00 Andrew DeLuca<br>Claim 9 $23.03 Kimberly Strem | $152.57 | $0.00 | 152.57 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** August 7, 2015

**Case Number:** 15-11447-DRC  
**Debtor Name:** APD ENVIRONMENTAL, INC.

Page: 4

**Date:** May 27, 2016  
**Time:** 09:09:14 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | | | ] | | | |
| 570 | INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES STAFF<br>LITTLE ROCK, AR 72201 | Priority | [Employer Medicare Distribution:<br>Claim 10 $49.29 Marcie DeLuca<br>Claim 11 $12.95 Sztym, Stacey L.<br>Claim 12 $22.34 Donoghue, Marie D.<br>Claim 17 $32.87 Redas Perlys<br>Claim 19 $25.05 Cristobal Vega<br>Claim 21 $27.14 Moises Meza<br>Claim 22 $30.86 Meza, David<br>Claim 23 $7.70 Pavlo Sovyak<br>Claim 25 $3.33 Miguel Argueta<br>Claim 8 $106.47 Andrew DeLuca<br>Claim 9 $55.65 Kimberly Strem<br>] | $373.65 | $0.00 | 373.65 |
| 570 | INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES STAFF<br>LITTLE ROCK, AR 72201 | Priority | [Employer FICA Distribution:<br>Claim 10 $210.78 Marcie DeLuca<br>Claim 11 $55.38 Sztym, Stacey L.<br>Claim 12 $95.52 Donoghue, Marie D.<br>Claim 17 $140.54 Redas Perlys<br>Claim 19 $107.13 Cristobal Vega<br>Claim 21 $116.06 Moises Meza<br>Claim 22 $131.94 Meza, David<br>Claim 23 $32.94 Pavlo Sovyak<br>Claim 25 $14.23 Miguel Argueta<br>Claim 8 $455.25 Andrew DeLuca<br>Claim 9 $237.94 Kimberly Strem<br>] | $1,597.71 | $0.00 | 1,597.71 |
| 570 | IL Department of Employment Security<br>33 S State Streeet<br>Chicago, IL 60603 | Priority | [Employer IL SUTA Distribution:<br>Claim 10 $263.47 Marcie DeLuca<br>Claim 11 $69.23 Sztym, Stacey L.<br>Claim 12 $119.40 Donoghue, Marie D.<br>Claim 17 $175.68 Redas Perlys<br>Claim 19 $133.91 Cristobal Vega<br>Claim 21 $145.08 Moises Meza<br>Claim 22 $164.92 Meza, David<br>Claim 23 $41.18 Pavlo Sovyak<br>Claim 25 $17.78 Miguel Argueta<br>Claim 8 $569.07 Andrew DeLuca<br>Claim 9 $297.42 Kimberly Strem<br>] | $1,997.14 | $0.00 | 1,997.14 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** August 7, 2015

**Case Number:** 15-11447-DRC  
**Debtor Name:** APD ENVIRONMENTAL, INC.

Page: 5

**Date:** May 27, 2016  
**Time:** 09:09:14 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1P 570 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7349 | Priority | | $39,911.96 | $0.00 | 39,911.96 |
| 14P 570 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | Priority | | $701.82 | $0.00 | 701.82 |
| 14S 100 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | Secured | | $2,808.20 | $0.00 | 2,808.20 |
| 1U 610 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7349 | Unsecured | | $11,232.97 | $0.00 | 11,232.97 |
| 2 610 | Pitney Bowes Inc<br>4901 Belfort Street<br>Suite 120<br>Jacksonville, FL 32256 | Unsecured | | $1,002.47 | $0.00 | 1,002.47 |
| 3 610 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $1,474.73 | $0.00 | 1,474.73 |
| 4 610 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $1,194.55 | $0.00 | 1,194.55 |
| 5 610 | DisposAll Waste Services<br>Renaissance Recovery Services, Inc.<br>PO Box 1095<br>Park Ridge, IL 60068 | Unsecured | Name on Claim is wrong - See Claim attachments | $4,240.26 | $0.00 | 4,240.26 |
| 6 610 | Burton R Kaplan, LLC<br>300 W Adams Street<br>Suite 422<br>Chicago, IL 60606 | Unsecured | | $5,500.00 | $0.00 | 5,500.00 |
| 7 610 | Cat Fin Commercial Acct Corp<br>2120 West End Avenue<br>Attn: Jennifer Fye<br>Nashville, TN 37203 | Unsecured | | $776.17 | $0.00 | 776.17 |
| 13 610 | Carnow Conibear & Assoc Ltd<br>600 West Van Buren St<br>Suite 500<br>Chicago, IL 60607 | Unsecured | | $2,070.00 | $0.00 | 2,070.00 |
| 14U 610 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664--033 | Unsecured | | $99.85 | $0.00 | 99.85 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** August 7, 2015

**Case Number:** 15-11447-DRC  
**Debtor Name:** APD ENVIRONMENTAL, INC.

Page: 6

**Date:** May 27, 2016  
**Time:** 09:09:14 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 15 / 610 | American InfoSource LP as agent for T Mobile<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Unsecured | | $5,259.91 | $0.00 | 5,259.91 |
| 16 / 610 | Illinois Bell Telephone Company<br>c/o AT&T Services, Incl<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921 | Unsecured | | $5,406.41 | $0.00 | 5,406.41 |
| 18 / 610 | CACH, LLC<br>4340 S Monaco Street<br>2nd Floor<br>Denver, CO 80237 | Unsecured | | $1,208.80 | $0.00 | 1,208.80 |
| 20 / 610 | Laborers Pension and Health and Welfare Funds<br>111 W Jackson Blvd.<br>Suite 1415<br>Chicago, IL 60604 | Unsecured | | $282,365.07 | $0.00 | 282,365.07 |
| **<< Totals >>** | | | | 409,996.12 | 0.00 | 409,996.12 |

**TRUSTEE'S PROPOSED DISTRIBUTION**                                Exhibit D

Case No.: 15-11447-DRC
Case Name: APD ENVIRONMENTAL, INC.
Trustee Name: David R. Brown

**Balance on hand:**                    $         60,456.79

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 14S | Illinois Department of Revenue | 2,808.20 | 2,808.20 | 0.00 | 2,808.20 |

Total to be paid to secured creditors:    $         2,808.20
Remaining balance:                        $        57,648.59

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - David R. Brown | 6,327.90 | 0.00 | 6,327.90 |
| Trustee, Expenses - David R. Brown | 24.06 | 0.00 | 24.06 |
| Accountant for Trustee, Fees - Alan D. Lasko & Associates, PC | 8,283.20 | 0.00 | 8,283.20 |
| Accountant for Trustee, Expenses - Alan D. Lasko & Associates, P.C. | 67.32 | 0.00 | 67.32 |
| Charges, U.S. Bankruptcy Court | 150.00 | 0.00 | 150.00 |

Total to be paid for chapter 7 administration expenses:    $    14,852.48
Remaining balance:                                         $    42,796.11

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $         0.00
Remaining balance:                                             $    42,796.11

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $70,504.25 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | INTERNAL REVENUE SERVICE | 152.57 | 0.00 | 58.07 |
|  | INTERNAL REVENUE SERVICE | 373.65 | 0.00 | 142.22 |
|  | INTERNAL REVENUE SERVICE | 1,597.71 | 0.00 | 608.11 |
|  | IL Department of Employment Security | 1,997.14 | 0.00 | 760.14 |
| 1P | Internal Revenue Service | 39,911.96 | 0.00 | 15,191.05 |
| 8 | Andrew DeLuca | 7,342.80 | 0.00 | 7,342.80 |
| 9 | Kimberly Strem | 3,837.70 | 0.00 | 3,837.70 |
| 10 | Marcie DeLuca | 3,399.61 | 0.00 | 3,399.61 |
| 11 | Sztym, Stacey L. | 893.24 | 0.00 | 893.24 |
| 12 | Donoghue, Marie D. | 1,540.61 | 0.00 | 1,540.61 |
| 14P | Illinois Department of Revenue | 701.82 | 0.00 | 267.12 |
| 17 | Redas Perlys | 2,266.78 | 0.00 | 2,266.78 |
| 19 | Cristobal Vega | 1,727.86 | 0.00 | 1,727.86 |
| 21 | Moises Meza | 1,872.00 | 0.00 | 1,872.00 |
| 22 | Meza, David | 2,128.00 | 0.00 | 2,128.00 |
| 23 | Pavlo Sovyak | 531.34 | 0.00 | 531.34 |
| 25 | Miguel Argueta | 229.46 | 0.00 | 229.46 |

Total to be paid for priority claims:    $    42,796.11
Remaining balance:                        $         0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 321,831.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Internal Revenue Service | 11,232.97 | 0.00 | 0.00 |
| 2 | Pitney Bowes Inc | 1,002.47 | 0.00 | 0.00 |
| 3 | Capital One Bank (USA), N.A. | 1,474.73 | 0.00 | 0.00 |
| 4 | Capital One Bank (USA), N.A. | 1,194.55 | 0.00 | 0.00 |
| 5 | DisposAll Waste Services | 4,240.26 | 0.00 | 0.00 |
| 6 | Burton R Kaplan, LLC | 5,500.00 | 0.00 | 0.00 |
| 7 | Cat Fin Commercial Acct Corp | 776.17 | 0.00 | 0.00 |
| 13 | Carnow Conibear & Assoc Ltd | 2,070.00 | 0.00 | 0.00 |
| 14U | Illinois Department of Revenue | 99.85 | 0.00 | 0.00 |
| 15 | American InfoSource LP as agent for T Mobile | 5,259.91 | 0.00 | 0.00 |
| 16 | Illinois Bell Telephone Company | 5,406.41 | 0.00 | 0.00 |
| 18 | CACH, LLC | 1,208.80 | 0.00 | 0.00 |
| 20 | Laborers Pension and Health and Welfare Funds | 282,365.07 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:   $          0.00
Remaining balance:   $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $          0.00
Remaining balance:   $          0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**