UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:15 | ) | Chapter 7 |
| | ) | |
| **APD ENVIRONMENTAL, INC.,** | ) | Case No. 15-11447 |
| | ) | |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 30, 2016, I served by prepaid first class mail or via ECF service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Jeffrey Snell
US TRUSTEE
219 S. Dearborn Street
Room 873
Chicago, IL 60604

HONIG, ROBERT N
180 W. PARK AVENUE STE 130
Elmhurst, IL 60126

**VIA REGULAR MAIL**

APD ENVIRONMENTAL, INC.
1305 S. VILLA AVE.
VILLA PARK, IL 60181

IL Dept. of Revenue
Bankruptcy Section
Po Box 64338
Chicago, IL 60664-0338

Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Pitney Bowes Inc
4901 Belfort Street
Suite 120
Jacksonville, FL 32256

Alan D. Lasko & Associates, P.C.
205 West Randoph Street
Chicago, IL 60601

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

DisposAll Waste Services
Renaissance Recovery Services, Inc.
PO Box 1095
Park Ridge, IL 60068

Burton R Kaplan, LLC
300 W Adams Street
Suite 422
Chicago, IL 60606

Cat Fin Commercial Acct Corp
2120 West End Avenue
Attn: Jennifer Fye
Nashville, TN 37203

Andrew DeLuca
17W531 Morningside Dr
Villa Park, IL 60181

Kimberly Strem
1305 S. Villa Avenue
Villa Park, IL 60181

Marcie DeLuca
433 S Illinois Ave.
Villa Park, IL 60181

Stacey L. Sztym
25 W 220 Argyle Avenue
Roselle, IL 60172

Donoghue, Marie D.
635 S Oakland Avenue
Villa Park, IL 60181

Carnow Conibear & Assoc Ltd
600 West Van Buren St
Suite 500
Chicago, IL 60607

American InfoSource LP as agent for T Mobile
PO Box 248848
Oklahoma City, OK 73124-8848

Illinois Bell Telephone Company
c/o AT&T Services, Inc
One AT&T Way, Room 3A104
Bedminster, NJ 07921

Redas Perlys
4528 Beau Monde Dr. #202
Lisle, IL 60532

CACH, LLC
4340 S Monaco Street
2nd Floor
Denver, CO 80237

Cristobal Vega
3515 W 73rd Street
Chicago, IL 60629

Laborers Pension and Health and Welfare Funds
111 W Jackson Blvd.
Suite 1415
Chicago, IL 60604

Moises Meza
6149 S Spaulding Ave.
Chicago, IL 60629

| | | |
|---|---|---|
| David Meza | Pavlo Sovyak | Miguel Argueta |
| 5140 S Mason | 8540 W. Foster Ave. | 3515 W. 73rd St |
| Chicago, IL 60638 | Unit 509 | Chicago, IL 60629 |
| | Norridge, IL 60706 | |

/s/ David R. Brown
David R. Brown, Trustee
300 S. County Farm Rd., Ste I
Wheaton, IL 60187
Phone: (630) 510-0000