**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: APD ENVIRONMENTAL, INC.  § Case No. 15-11447-DRC
  §
  §
Debtor(s)  §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David R. Brown, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $8,620.30  Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $45,604.31  Claims Discharged
 Without Payment: N/A

Total Expenses of Administration: $15,953.60

3) Total gross receipts of $ 61,557.91 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $61,557.91 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $2,808.20 | $2,808.20 | $2,808.20 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 15,953.60 | 15,953.60 | 15,953.60 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 70,638.85 | 74,759.92 | 42,796.11 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 322,131.19 | 322,131.19 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $411,531.84 | $415,652.91 | $61,557.91 |

4) This case was originally filed under Chapter 7 on March 31, 2015. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/16/2016          By: /s/David R. Brown
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking Account No. -1386 Chase Bank Oak Brook, | 1129-000 | 44,444.87 |
| Various Accounts Receivable Value is approximate | 1121-000 | 4,968.00 |
| INTERESTS IN INSURANCE POLICIES | 1290-000 | 12,145.04 |
| **TOTAL GROSS RECEIPTS** | | **$61,557.91** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 14S | Illinois Department of Revenue | 4800-000 | N/A | 2,808.20 | 2,808.20 | 2,808.20 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$2,808.20** | **$2,808.20** | **$2,808.20** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David R. Brown | 2200-000 | N/A | 24.06 | 24.06 | 24.06 |
| Clerk, United States Bankruptcy Court | 2700-000 | N/A | 150.00 | 150.00 | 150.00 |
| Alan D. Lasko & Associates, PC | 3410-000 | N/A | 8,283.20 | 8,283.20 | 8,283.20 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Alan D. Lasko & Associates, P.C. | 3420-000 | N/A | 67.32 | 67.32 | 67.32 |
| David R. Brown | 2100-000 | N/A | 6,327.90 | 6,327.90 | 6,327.90 |
| Rabobank, N.A. | 2600-000 | N/A | 10.40 | 10.40 | 10.40 |
| Rabobank, N.A. | 2600-000 | N/A | 25.41 | 25.41 | 25.41 |
| Rabobank, N.A. | 2600-000 | N/A | 77.01 | 77.01 | 77.01 |
| Rabobank, N.A. | 2600-000 | N/A | 94.27 | 94.27 | 94.27 |
| Rabobank, N.A. | 2600-000 | N/A | 88.24 | 88.24 | 88.24 |
| Rabobank, N.A. | 2600-000 | N/A | 85.17 | 85.17 | 85.17 |
| Rabobank, N.A. | 2600-000 | N/A | 96.80 | 96.80 | 96.80 |
| Rabobank, N.A. | 2600-000 | N/A | 84.70 | 84.70 | 84.70 |
| ADAMS-LEVINE | 2300-000 | N/A | 26.82 | 26.82 | 26.82 |
| Rabobank, N.A. | 2600-000 | N/A | 84.57 | 84.57 | 84.57 |
| Illinois Department of Revenue | 2820-000 | N/A | 248.00 | 248.00 | 248.00 |
| Rabobank, N.A. | 2600-000 | N/A | 95.79 | 95.79 | 95.79 |
| Rabobank, N.A. | 2600-000 | N/A | 83.94 | 83.94 | 83.94 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $15,953.60 | $15,953.60 | $15,953.60 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IL Dept. of Revenue | 5300-000 | N/A | N/A | 966.35 | 966.35 |
| | INTERNAL REVENUE SERVICE | 5300-000 | N/A | N/A | 5,153.88 | 5,153.88 |
| | INTERNAL REVENUE SERVICE | 5300-000 | N/A | N/A | 1,597.71 | 1,597.71 |
| | INTERNAL REVENUE SERVICE | 5300-000 | N/A | N/A | 373.65 | 373.65 |
| | INTERNAL REVENUE SERVICE | 5800-000 | N/A | N/A | 1,597.71 | 1,597.71 |
| | INTERNAL REVENUE SERVICE | 5800-000 | N/A | N/A | 152.57 | 152.57 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | INTERNAL REVENUE SERVICE | 5800-000 | N/A | N/A | 373.65 | 373.65 |
| | IL Department of Employment Security | 5800-000 | N/A | N/A | 1,997.14 | 1,997.14 |
| 1P | Internal Revenue Service | 5800-000 | N/A | 39,911.96 | 39,911.96 | 11,479.74 |
| 8 | Andrew DeLuca | 5300-000 | N/A | 7,342.80 | 5,037.16 | 5,037.16 |
| 9 | Kimberly Strem | 5300-000 | N/A | 3,837.70 | 2,632.66 | 2,632.66 |
| 10 | Marcie DeLuca | 5300-000 | N/A | 3,399.61 | 2,332.13 | 2,332.13 |
| 11 | Sztym, Stacey L. | 5300-000 | N/A | 893.24 | 612.76 | 612.76 |
| 12 | Donoghue, Marie D. | 5300-000 | N/A | 1,540.61 | 1,056.86 | 1,056.86 |
| 14P | Illinois Department of Revenue | 5800-000 | N/A | 701.82 | 701.82 | 201.86 |
| 17 | Redas Perlys | 5300-000 | N/A | 2,266.78 | 1,555.01 | 1,555.01 |
| 19 | Cristobal Vega | 5300-000 | N/A | 1,727.86 | 1,185.32 | 1,185.32 |
| 21 | Moises Meza | 5300-000 | N/A | 1,872.00 | 1,284.20 | 1,284.20 |
| 22 | Meza, David | 5300-000 | N/A | 2,128.00 | 1,459.80 | 1,459.80 |
| 23 | Pavlo Sovyak | 5300-000 | N/A | 531.34 | 364.50 | 364.50 |
| 25 | Miguel Argueta | 5300-000 | N/A | 229.46 | 157.41 | 157.41 |
| 26P | IL Department of Employment Security | 5800-000 | N/A | 4,255.67 | 4,255.67 | 1,224.04 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $70,638.85 | $74,759.92 | $42,796.11 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Internal Revenue Service | 7100-000 | N/A | 11,232.97 | 11,232.97 | 0.00 |
| 2 | Pitney Bowes Inc | 7100-000 | N/A | 1,002.47 | 1,002.47 | 0.00 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 1,474.73 | 1,474.73 | 0.00 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 1,194.55 | 1,194.55 | 0.00 |
| 5 | DisposAll Waste Services | 7100-000 | N/A | 4,240.26 | 4,240.26 | 0.00 |
| 6 | Burton R Kaplan, LLC | 7100-000 | N/A | 5,500.00 | 5,500.00 | 0.00 |
| 7 | Cat Fin Commercial Acct Corp | 7100-000 | N/A | 776.17 | 776.17 | 0.00 |
| 13 | Carnow Conibear & Assoc Ltd | 7100-000 | N/A | 2,070.00 | 2,070.00 | 0.00 |
| 14U | Illinois Department of Revenue | 7100-000 | N/A | 99.85 | 99.85 | 0.00 |
| 15 | American InfoSource LP as agent for T Mobile | 7100-000 | N/A | 5,259.91 | 5,259.91 | 0.00 |
| 16 | Illinois Bell Telephone Company | 7100-000 | N/A | 5,406.41 | 5,406.41 | 0.00 |
| 18 | CACH, LLC | 7100-000 | N/A | 1,208.80 | 1,208.80 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | Laborers Pension and Health and Welfare Funds | 7100-000 | N/A | 282,365.07 | 282,365.07 | 0.00 |
| 26U | IL Department of Employment Security | 7100-000 | N/A | 300.00 | 300.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $322,131.19 | $322,131.19 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-11447-DRC  
**Case Name:** APD ENVIRONMENTAL, INC.

**Trustee:** (330580)  David R. Brown  
**Filed (f) or Converted (c):** 03/31/15 (f)  
**§341(a) Meeting Date:** 05/05/15

**Period Ending:** 12/16/16  
**Claims Bar Date:** 08/07/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account No. -1386 Chase Bank Oak Brook, | 44,396.57 | 44,444.87 | | 44,444.87 | FA |
| 2 | Checking Account No. -1064 Chase Bank Oak Brook, | 120.30 | 0.00 | | 0.00 | FA |
| 3 | Checking Account No. -0975 Chase Bank Oak Brook, | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Various Accounts Receivable Value is approximate | 10,000.00 | 4,968.00 | | 4,968.00 | FA |
| 5 | 2001 Ford F-150 Pickup Truck | 3,000.00 | 0.00 | | 0.00 | FA |
| 6 | 2 desks, file cabinet, computer | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Various Environment Clean-up Supplies and equipm | 5,000.00 | 0.00 | | 0.00 | FA |
| 8 | INTERESTS IN INSURANCE POLICIES  (u) | Unknown | 12,145.04 | | 12,145.04 | FA |
| 8 | **Assets Totals** (Excluding unknown values) | **$63,016.87** | **$61,557.91** | | **$61,557.91** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee's accountant needs to prepare and file the estate tax returns and after the prompt determination letter received, the Final report will be filed.

**Initial Projected Date Of Final Report (TFR):**   March 15, 2016       **Current Projected Date Of Final Report (TFR):**   May 27, 2016  (Actual)

Printed: 12/16/2016 02:31 PM     V.13.28

Case 15-11447    Doc 41    Filed 01/26/17    Entered 01/26/17 09:12:04    Desc Main
Document      Page 8 of 10

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 15-11447-DRC  
**Case Name:** APD ENVIRONMENTAL, INC.

**Taxpayer ID #:** **-***1809  
**Period Ending:** 12/16/16

**Trustee:** David R. Brown (330580)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8900 - Checking  
**Blanket Bond:** $77,173,558.00   (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/12/15 | {8} | BankDirect Capital Finance | workers comp insurance premium refund | 1290-000 | 12,145.04 | | 12,145.04 |
| 06/22/15 | {4} | JC Anderson, Inc | account receivable | 1121-000 | 4,968.00 | | 17,113.04 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.40 | 17,102.64 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 25.41 | 17,077.23 |
| 08/03/15 | {1} | JP Morgan Chase Bank | bank account turnover | 1129-000 | 44,444.87 | | 61,522.10 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 77.01 | 61,445.09 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 94.27 | 61,350.82 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 88.24 | 61,262.58 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 85.17 | 61,177.41 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 96.80 | 61,080.61 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.70 | 60,995.91 |
| 02/15/16 | 102 | ADAMS-LEVINE | bond premium | 2300-000 | | 26.82 | 60,969.09 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.57 | 60,884.52 |
| 03/02/16 | 103 | Illinois Department of Revenue | 2015 Corporate Replacement tax | 2820-000 | | 248.00 | 60,636.52 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 95.79 | 60,540.73 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.94 | 60,456.79 |
| 07/27/16 | 104 | Illinois Department of Revenue | Dividend paid 100.00% on $2,808.20; Claim# 14S; Filed: $2,808.20; Reference: | 4800-000 | | 2,808.20 | 57,648.59 |
| 07/27/16 | 105 | Alan D. Lasko & Associates, PC | Dividend paid 100.00% on $8,283.20, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 8,283.20 | 49,365.39 |
| 07/27/16 | 106 | Alan D. Lasko & Associates, P.C. | Dividend paid 100.00% on $67.32, Accountant for Trustee Expenses (Other Firm);  Reference: | 3420-000 | | 67.32 | 49,298.07 |
| 07/27/16 | 107 | David R. Brown | Dividend paid 100.00% on $24.06, Trustee Expenses;  Reference: | 2200-000 | | 24.06 | 49,274.01 |
| 07/27/16 | 108 | Clerk, United States Bankruptcy Court | Dividend paid 100.00% on $150.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 150.00 | 49,124.01 |
| 07/27/16 | 109 | David R. Brown | Dividend paid 100.00% on $6,327.90, Trustee Compensation;  Reference: | 2100-000 | | 6,327.90 | 42,796.11 |
| 07/27/16 | 110 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $1,597.71; Filed: $0.00 for FICA | 5300-000 | | 1,597.71 | 41,198.40 |
| 07/27/16 | 111 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $5,153.88; Filed: $0.00 for Income Tax | 5300-000 | | 5,153.88 | 36,044.52 |
| 07/27/16 | 112 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $373.65; Filed: $0.00 for Medicare | 5300-000 | | 373.65 | 35,670.87 |
| 07/27/16 | 113 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $1,597.71; Filed: $0.00 for FICA | 5800-000 | | 1,597.71 | 34,073.16 |

Subtotals :   $61,557.91   $27,484.75

{} Asset reference(s)

Printed: 12/16/2016 02:31 PM    V.13.28

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 15-11447-DRC  
**Case Name:** APD ENVIRONMENTAL, INC.

**Taxpayer ID #:** **-***1809  
**Period Ending:** 12/16/16

**Trustee:** David R. Brown (330580)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8900 - Checking  
**Blanket Bond:** $77,173,558.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/27/16 | 114 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $152.57; Filed: $0.00 for FUTA | 5800-000 | | 152.57 | 33,920.59 |
| 07/27/16 | 115 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $373.65; Filed: $0.00 for Medicare | 5800-000 | | 373.65 | 33,546.94 |
| 07/27/16 | 116 | IL Dept. of Revenue | Dividend paid 100.00% on $966.35; Filed: $0.00 for IL Income Tax | 5300-000 | | 966.35 | 32,580.59 |
| 07/27/16 | 117 | IL Department of Employment Security | Dividend paid 100.00% on $1,997.14; Filed: $0.00 for IL SUTA | 5800-000 | | 1,997.14 | 30,583.45 |
| 07/27/16 | 118 | Andrew DeLuca | Dividend paid 100.00% on $5,037.16; Claim# 8; Filed: $7,342.80; Reference: Stopped on 08/08/16 | 5300-000 | | 5,037.16 | 25,546.29 |
| 07/27/16 | 119 | Kimberly Strem | Dividend paid 100.00% on $2,632.66; Claim# 9; Filed: $3,837.70; Reference: | 5300-000 | | 2,632.66 | 22,913.63 |
| 07/27/16 | 120 | Marcie DeLuca | Dividend paid 100.00% on $2,332.13; Claim# 10; Filed: $3,399.61; Reference: | 5300-000 | | 2,332.13 | 20,581.50 |
| 07/27/16 | 121 | Sztym, Stacey L. | Dividend paid 100.00% on $612.76; Claim# 11; Filed: $893.24; Reference: | 5300-000 | | 612.76 | 19,968.74 |
| 07/27/16 | 122 | Donoghue, Marie D. | Dividend paid 100.00% on $1,056.86; Claim# 12; Filed: $1,540.61; Reference: | 5300-000 | | 1,056.86 | 18,911.88 |
| 07/27/16 | 123 | Redas Perlys | Dividend paid 100.00% on $1,555.01; Claim# 17; Filed: $2,266.78; Reference: | 5300-000 | | 1,555.01 | 17,356.87 |
| 07/27/16 | 124 | Cristobal Vega | Dividend paid 100.00% on $1,185.32; Claim# 19; Filed: $1,727.86; Reference: | 5300-000 | | 1,185.32 | 16,171.55 |
| 07/27/16 | 125 | Moises Meza | Dividend paid 100.00% on $1,284.20; Claim# 21; Filed: $1,872.00; Reference: Stopped on 10/31/16 | 5300-000 | | 1,284.20 | 14,887.35 |
| 07/27/16 | 126 | Meza, David | Dividend paid 100.00% on $1,459.80; Claim# 22; Filed: $2,128.00; Reference: | 5300-000 | | 1,459.80 | 13,427.55 |
| 07/27/16 | 127 | Pavlo Sovyak | Dividend paid 100.00% on $364.50; Claim# 23; Filed: $531.34; Reference: Stopped on 09/08/16 | 5300-000 | | 364.50 | 13,063.05 |
| 07/27/16 | 128 | Miguel Argueta | Dividend paid 100.00% on $157.41; Claim# 25; Filed: $229.46; Reference: | 5300-000 | | 157.41 | 12,905.64 |
| 07/27/16 | 129 | Internal Revenue Service | Dividend paid 28.76% on $39,911.96; Claim# 1P; Filed: $39,911.96; Reference: | 5800-000 | | 11,479.74 | 1,425.90 |
| 07/27/16 | 130 | Illinois Department of Revenue | Dividend paid 28.76% on $701.82; Claim# 14P; Filed: $701.82; Reference: | 5800-000 | | 201.86 | 1,224.04 |
| 07/27/16 | 131 | IL Department of Employment Security | Dividend paid 28.76% on $4,255.67; Claim# 26P; Filed: $4,255.67; Reference: | 5800-000 | | 1,224.04 | 0.00 |

Subtotals : $0.00  $34,073.16

{} Asset reference(s)

Exhibit 9

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

**Case Number:** 15-11447-DRC  
**Case Name:** APD ENVIRONMENTAL, INC.  

**Taxpayer ID #:** **-***1809  
**Period Ending:** 12/16/16

**Trustee:** David R. Brown (330580)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8900 - Checking  
**Blanket Bond:** $77,173,558.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/08/16 | 118 | Andrew DeLuca | Dividend paid 100.00% on $5,037.16; Claim# 8; Filed: $7,342.80; Reference: Stopped: check issued on 07/27/16 | 5300-000 | | -5,037.16 | 5,037.16 |
| 08/08/16 | 132 | Andrew DeLuca | | 5300-000 | | 5,037.16 | 0.00 |
| 09/08/16 | 127 | Pavlo Sovyak | Dividend paid 100.00% on $364.50; Claim# 23; Filed: $531.34; Reference: Stopped: check issued on 07/27/16 | 5300-000 | | -364.50 | 364.50 |
| 09/09/16 | 133 | Pavlo Sovyak | | 5300-000 | | 364.50 | 0.00 |
| 10/31/16 | 125 | Moises Meza | Dividend paid 100.00% on $1,284.20; Claim# 21; Filed: $1,872.00; Reference: Stopped: check issued on 07/27/16 | 5300-000 | | -1,284.20 | 1,284.20 |
| 11/01/16 | 134 | Clerk, United States BankruptcyCourt | | 5300-000 | | 1,284.20 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 61,557.91 | 61,557.91 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 61,557.91 | 61,557.91 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $61,557.91 | $61,557.91 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******8900 | 61,557.91 | 61,557.91 | 0.00 |
| | $61,557.91 | $61,557.91 | $0.00 |

{} Asset reference(s)